1
2
3
4
5
6                     UNITED STATES DISTRICT COURT

7                         DISTRICT OF NEVADA

8                             * * * * *

9    UNITED STATES OF AMERICA          )
                                        )   3:08-CR-00084-LRH-RAM
10                   Plaintiff,         )
                                        )   ORDER
11   vs.                                )
                                        )
12   MARTIN DELACRUZ,                   )
                                        )
13                   Defendant.         )
     _____)

14

15          On April 19, 2014, the Court entered an Order denying Defendant's Motion for a *Nunc*

16   *Pro Tunc* Sentencing Entry, or in the Alternative, Motion to Vacate, Set Aside, or Correct

17   Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255 for lack of jurisdiction.

18   Doc. #68[1].  Accordingly, the Court shall deny Defendant's Motion for the Court to Enforce

19   Sentence Imposed in State Case (Doc. #58) and Defendant's Motion for Jurisdictional

20   Determination (Doc. #54) as moot.

21          The Court shall also deny as moot Defendant's Motion for Production of Transcripts at

22   Government Expense (Doc. #52).  Defendant's Motion indicated that his request was for

23   appellate purposes, however, he failed to file an appeal within thirty (30) days of the Court's

24   judgment.  Moreover, on December 17, 2012, the Court entered an Order directing preparation of

25   Defendant's sentencing hearing transcripts at the United States' expense.  Doc. #61.

26   Accordingly, to the extent Defendant's request concerned the production of transcripts related to

27   his Motion for a *Nunc Pro Tunc* Sentencing Entry, or in the Alternative, Motion to Vacate, Set

28

     _____

            [1] Refers to court's docket number.

1   Aside, or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255 (Doc.

2   #63), it was fulfilled.

3          The Court shall also deny Defendant's Motion for Leave to Proceed *in forma pauperis*

4   (Doc. #51).  Leave of the Court to proceed *in forma pauperis* is not necessary to pursue the type

5   of post-judgment relief Defendant has sought in this case.

6          Finally, the Court shall deny Defendant's Motion for Withdrawal of Attorney and

7   Delivery of Records (Doc. #50).  Defendant's counsel has been withdrawn and he has made no

8   showing of a remaining right to pursue post-judgment relief in this case.  Accordingly, his

9   request for delivery of records is moot at this time.

10         IT IS THEREFORE ORDERED that Defendant's Motion for the Court to Enforce

11  Sentence Imposed in State Case (Doc. #58) and Defendant's Motion for Jurisdictional

12  Determination (Doc. #54) are **DENIED as moot**.

13         IT IS FURTHER ORDERED that Defendant's Motion for Production of Transcripts at

14  Government Expense (Doc. #52) is **DENIED as moot**.

15         IT IS FURTHER ORDERED that Defendant's Motion for Leave to Proceed *in forma*

16  *pauperis* (Doc. #51) is **DENIED as moot**.

17         IT IS FURTHER ORDERED that Defendant's Motion for Withdrawal of Attorney and

18  Delivery of Records (Doc. #50) is **DENIED as moot.**

19

20         IT IS SO ORDERED.

21         DATED this 10th day of April, 2014.

22                                                      _____
                                                        LARRY R. HICKS
23                                                      UNITED STATES DISTRICT JUDGE

24

25

26

27

28

2